**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IRENE SCHWEIZER and ADELA GOLUB,**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**RUTH A. DOROCHOFF, Chicago District Director of the Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,**<br><br>       **Defendants.** | **CASE NO.**<br><br>  `FILED: MARCH 27, 2008`<br>  `08CV1784          AEE`<br>  `JUDGE CASTILLO`<br>  `MAGISTRATE JUDGE ASHMAN` |

## COMPLAINT FOR MANDAMUS

Plaintiffs IRENE SCHWEIZER and ADELA GOLUB by and through their undersigned attorney, for their Complaint for Mandamus against Defendants, RUTH A. DOROCHOFF, District Director of the Chicago Office for the U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, allege as follows:

### Nature of the Case and Parties

1. This is a civil action to compel the Chicago District Director of the Office for Citizenship and Immigration Services to adjudicate Plaintiffs' Form I-485 Applications to Adjust Status ("Applications") that were filed on April 20, 2005.  (*See* **Exhibit A-1**).

2. Plaintiff IRENE SCHWEIZER (A 96 504 593) was born in Ukraine on September 15, 1954.  Ms. Schweizer qualified for her Application as the spouse of a United States

citizen, Mr. Mikhail Shalman.  Ms. Schweizer and Mr. Shalman were married on August

23, 2004.  Plaintiff ADELA GOLUB (A 96 504 594) was born in Austria on September

23, 1990.  Ms. Golub is Ms. Schweizer's daughter and Mr. Shalman's stepdaughter.  Ms.

Golub qualified for her Application as the daughter of a United States citizen, Mr.

Shalman.  Plaintiffs live at 6423 N. Richmond in Chicago, Illinois.

3.  Defendants are the District Director of the Chicago Office for Citizenship and

Immigration Services (the "Service"), the Secretary of the Department of Homeland

Security, and the Director of the Federal Bureau of Investigation.  They are being sued in

their official capacity.

## Jurisdiction and Venue

4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1361, and

2201 *et seq.*, and 5 U.S.C. § 701 *et seq.*

5.  Venue is proper in this District pursuant to 28 U.S.C. §1391(e) because the events and

omissions giving rise to this matter occurred in this District and because Plaintiffs reside

in this District.

## Statement of the Case

6.  On April 20, 2005, Plaintiffs filed their I-485 Applications to Adjust Status based on their

relationships to Mr. Shalman.  (*See* **Exhibit A-1**).

7.  After filing the Applications, Ms. Schweizer and Ms. Golub attended their Adjustment of

Status interviews with Mr. Shalman and counsel on November 30, 2005 at the Service's

District Office in Chicago, Illinois.  (*See* **Exhibit A-2**).  Following the interview, the

interviewing officer, Officer Klinger, issued a Request for Evidence on December 5,

2005 regarding Ms. Schweizer's application.  With the assistance of counsel, Ms. Schweizer timely responded to the request on February 13, 2006.  The Service issued no response or decision after Plaintiffs submitted the requested documents.

8.  On October 2, 2006, one and one half years after the Applications were filed, Plaintiffs' counsel filed a follow-up letter to the attention of the adjudicating officer at the Service. The filing provided additional documentation in support of the Applications.  The Service issued no response to the filing.

9.  Although the Applications have been pending for nearly three years, and despite Plaintiffs' timely compliance with the Service's request and follow-up correspondence directly filed to the adjudicating officer, the Service has not yet adjudicated the Applications.  Plaintiffs, through their attorneys and the Office of Congresswoman Jan Schakowsky, have repeatedly filed inquires with the Service to determine the status of the Applications and to request that the Service adjudicate the Applications.  (*See* **Exhibits B-1 to D**).

10.  On December 5, 2006, Plaintiffs, through counsel, began filing inquiries with the Service. In response to the first inquiry, the Service indicated on December 8, 2006 that Ms. Schweizer and Ms. Golub's cases were pending further review by the adjudicating officer.  (*See* **Exhibit B-1**).

11.  Nearly two years after the Applications were filed, Plaintiffs filed another inquiry with the Service on March 22, 2007.  (*See* **Exhibit B-2**).  The Service responded on May 14, 2007, indicating that the cases were both still "under further review."  (*See* **Exhibit B-2**).

12.  Ninety days later, Plaintiffs' counsel filed a third inquiry with the Service on August 23, 2007.  (*See* **Exhibit B-3**).  The Service failed to respond to the inquiry.

13. On October 31, 2007, two and one half years after the Applications were filed, Plaintiffs' counsel filed a second follow-up correspondence via hand delivery to the Chicago District Office of the Service.  As with the filing of October 2006, the October 2007 filing provided additional documentation in support of the Applications since, at that point, the Service had held the Applications under additional review for thirty months.  In this correspondence, counsel notified the Service that, given the Service's apparent refusal or inability to adjudicate the Applications, Plaintiffs would have no choice but to file a complaint for mandamus in federal court if no decision would be issued within ninety days.  (*See* **Exhibit C-1**).  The Service issued no response to the correspondence and additional documentation.

14. While Plaintiffs' attorneys were filing regular inquiries with the Service, Plaintiffs requested the assistance of the Office of Congresswoman Jan Schakowsky, U.S. Representative (9th District of Illinois).  In June and December 2007, Congresswoman Schakowsky's Office filed inquiries on behalf of Plaintiffs, to which the Service responded differently than it did to the inquiries filed by Plaintiffs' attorneys.  In the responses to the Congresswoman's inquiries, the Service indicated that Plaintiffs' Applications were pending delayed background checks.  (*See* **Exhibit D**).

15. In January 2008, Plaintiffs' attorneys filed another inquiry and received a response that conflicted the response issued to the Office of Congresswoman Schakowsky.  The Service indicated to Plaintiffs' attorneys in February 2008 that Plaintiffs' Applications were still "under further review."  (*See* **Exhibit B-4**).

16. On February 5, 2008, Plaintiffs' attorneys filed one final correspondence with the Service, requesting adjudication of the Applications.  In the letter, counsel noted that if a

decision would not be made within thirty days, Plaintiffs would have not choice but to file a complaint for mandamus.  (*See* **Exhibit C-2**).

17. As the above shows, Plaintiffs have repeatedly filed inquiries and maintained correspondence with the Service to adjudicate their Applications.  Plaintiffs filed their Applications on April 20, 2005 and their Applications have yet to be adjudicated.  To Plaintiffs' knowledge, they are not responsible for the delay in the adjudication of their applications, and the Service has not indicated that they are responsible for the Service's failure to make a decision.

18. On information and belief, the normal period prescribed by Defendants to adjudicate an I-485 Application to Adjust Status is seven months.  (*See* **Exhibit E**).  To date, thirty-five months (two years, eleven months) have passed since the Service received Plaintiffs' Applications on April 20, 2005.  Twenty-eight months have passed since Plaintiffs attended the Adjustment of Status interview in November 30, 2005.  Although it has been nearly three years since the Service received Plaintiffs' Applications, it appears that the cases are either still "under further review" or undergoing pending background checks that have yet to be completed, or both.

**<u>Claim for Relief</u>**

19. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' Applications and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' cases.

20. Defendants willfully and unreasonably have delayed in, and have refused to adjudicate Plaintiffs' Applications, thereby, depriving Plaintiffs of their rights under 5 U.S.C. § 555(b) to the adjudication of their Applications in a reasonable time.

21. Defendants owe Plaintiffs the duty to act on their Applications within a reasonable time and have unreasonably failed to perform that duty.

22. Plaintiffs have made numerous status inquiries in an attempt to secure adjudication of their Applications.

23. Plaintiffs have exhausted any administrative remedies that may exist, and have not caused or contributed to the Service's delay in adjudicating their Applications.

### **Prayer for Relief**

**WHEREFORE** Plaintiffs pray that this Court:

A. Accept jurisdiction and maintain continuing jurisdiction of this Action.

B. Compel Defendant FBI to issue the results of a criminal background and/or name check relating to Plaintiffs' Applications to the Service and the Court within sixty (60) days.

C. Compel Defendants Service and District Director to adjudicate Plaintiffs' Applications within sixty (60) days.

D. Grant such other and further relief, as this Court deems proper under the circumstances.

Dated:   _March 27, 2008_        _/s/ Robert C. Milla_____ _____
                                 Robert C. Milla

                                 KEMPSTER, KELLER & LENZ-CALVO, LTD.
                                 332 S. Michigan Avenue, Suite 1428
                                 Chicago, IL 60604
                                 (312) 341-9730
                                 Attorneys for Plaintiff

**IRENE SCHWEIZER and ADELA GOLUB**

# <u>EXHIBITS:</u>

**Exhibits A-1 to A-2**    Copies of Form I-797C Notices of Action, verifying the receipt date of April 20, 2005 for Plaintiffs' Form I-485 Applications to Adjust Status. Copies of Form I-797 Notices of Action, indicating the date of Plaintiffs' interview for their Applications as November 30, 2005.

**Exhibits B-1 to B-4**    Copies of correspondence and inquiries filed with the Service by Plaintiffs' attorneys.

**Exhibits C-1 to C-2**    Copies of follow-up correspondence filed by Plaintiffs' attorneys regarding Plaintiffs' Applications.

**Exhibits D**    Copies of correspondence and inquiries filed with the Service by the Office of Congresswoman Jan Schakowsky.

**Exhibits E**    Copy of most recent application processing times for Chicago, Illinois Office, posted by U.S. Citizenship and Immigration Services.

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-05-203-14601 | | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|---|
| Received Date:<br>April 20, 2005 | Priority Date: | Applicant:  A096504593<br>SCHWEIZER, IRENE | |
| Notice Date:<br>April 26, 2005 | Page  1 OF 1 | ASC Code:  3 | |

| CHERYL LENZ CALVO<br>332 S MICHIGAN AVE SUITE 1428<br>CHICAGO IL 60604 | Notice Type:  Receipt Notice |
|---|---|
| | Amount Received:  $385.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

### FINGERPRINTING AND BIOMETRICS-
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
·    a passport or national photo identification issued by your country,
·    a driver's license,
·    a military photo identification, or
·    a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

**EXHIBIT**
**A-1**

5088648    0002158065    For

08CV1784        AAE
JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

# THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-05-203-14605 | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|

| Received Date:<br>April 20, 2005 | Priority Date: | Applicant:    A096504594<br>GOLUB, ADELA |
|---|---|---|

| Notice Date:<br>April 26, 2005 | Page    1 OF 1 | ASC Code:    3 |
|---|---|---|

CHERYL LENZ CALVO
332 S MICHIGAN AVE STE 1428
CHICAGO IL 60604

Notice Type:    Receipt Notice

Amount Received:    $385.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## FINGERPRINTING AND BIOMETRICS-

The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE |
|---|---|
| | August 19, 2005 |

| CASE TYPE | A# |
|---|---|
| FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A 096 504 593 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| MSC0520314601 | April 20, 2005 | April 20, 2005 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

IRENE SCHWEIZER  # 19754
c/o CHERYL LENZ CALVO
332 S MICHIGAN AVE SUITE 1428
CHICAGO IL 60604

PLEASE COME TO:   U.S. Citizenship and Immigration Services
230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
2

ON:      Wednesday, November 30, 2005
AT:      01:25 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

**Who should come with you?**

- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: *Every* adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**What MUST you bring?**

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**What else should you bring?**

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

**If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-**

REPRESENTATIVE COPY



EXHIBIT
A-2

THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE<br>August 19, 2005 |
|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A 096 504 594 |
| APPLICATION NUMBER<br>MSC0520314605 | RECEIVED DATE<br>April 20, 2005 | PRIORITY DATE<br>April 20, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ADELA GOLUB  *File under I. Schweizer*
c/o CHERYL LENZ CALVO                *# 19754*
332 S MICHIGAN AVE STE 1428
CHICAGO IL 60604

‖‖‖‖‖‖‖‖‖‖‖‖

**PLEASE COME TO:** U.S. Citizenship and Immigration Services

230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR

CHICAGO IL 60604
2

**ON:** Wednesday, November 30, 2005
**AT:** 01:00 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife **must** come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: **Every** adult who comes to the interview **must** bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview.  You do not need to bring your children unless otherwise instructed.  Please be on time, but do not arrive more than 45 minutes early.  We may record or videotape your interview.

**What MUST you bring?**
- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring **all** your Passports and **any other** documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring **all** documentation establishing your eligibility for Lawful Permanent Resident status *(see below: "What else should you bring?")*.
- Bring **all** immigration-related documentation ever issued to you.
- Bring both **originals** and **photocopies** of all supporting documents.  Otherwise, we may keep your originals for our records.
- Bring a certified English translation for **each** document not in English.  The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**What else should you bring?**
- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate **and** your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for **each** of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate **and** your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, **all** divorce decrees/death certificates for **each** prior marriage/former spouse;
  - Birth Certificates for **all** children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns **and** W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay **and** average weekly hours, **and** bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with **all** required evidence, including the following for **each** of your sponsors:
  - Federal Income Tax returns **and** W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay **and** average weekly hours, **and** pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for **each** arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged.  If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items.  If an **emergency,** such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible.  Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

**If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).**

REPRESENTATIVE COPY



Form I-797C (Rev. 01/31/05) N

JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

**Ganesh** ▒▒▒▒▒▒▒▒

| | |
|---|---|
| **From:** | CAO PILOT [▒▒▒▒▒▒@dhs.gov] |
| **Sent:** | Friday, December 08, 2006 12:52 PM |
| **To:** | Ganesh▒▒▒▒▒▒▒ |
| **Subject:** | RE: Adela Golub-A96 504 594 |

Dear Ganesh ▒▒▒▒▒▒▒:

Thank you for your e-mail to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your client's case is under further review by the adjudicating officer. All evidence submitted by your client in support of her application for adjustment of status is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your client allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,

▒▒▒▒▒▒▒▒

Customer Assistance Office
U.S. Citizenship and Immigration Services

-----Original Message-----
**From:** Ganesh Kalyanaraman [mailto:▒▒▒▒▒@klc-ltd.com]
**Sent:** Tuesday, December 05, 2006 1:00 PM
**To:** ▒▒▒▒▒@dhs.gov
**Subject:** Adela Golub-A96 504 594


Dear Sir or Madam

Ms. Golub had an adjustment of status interview at the Chicago District Office on November 30, 2005 by Officer Klinger. To date, we have heard nothing further on Ms. Golub 's case. Please send our office an update. Thank you.

Adela Golub

A96 504 594

09/23/1990

Address:  6423 N Richmond St, Apt 2N

  Chicago, IL 60645

<<GOLUB G-28.pdf>>

Kempster, Keller & Lenz-Calvo, Ltd.

12/11/2006



Adela Golub-A96 504-594

332 S. Michigan Avenue, Suite 1428

Chicago, IL 60604

tel: 312-341-9730

fax: 312-341-0399

12/11/2006

**Alisa** █████

| | |
|---|---|
| **From:** | CAO PILOT [████████@dhs.gov] |
| **Sent:** | Monday, May 14, 2007 8:12 AM |
| **To:** | Alisa ████ |
| **Subject:** | Irene Schweizer, A96 504 593 & Adela Golub- A96 504 594 |

Dear Ms. ████

Thank you for your email to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your clients' cases are under further review. All evidence submitted by them in support of the applications and/or petitions for the immigration benefit being sought are being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy that information may not be disclosed. It is difficult to predict when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your constituents allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,


████████████

Customer Assistance Office
U.S. Citizenship and Immigration Services

---

**From:** Alisa ████ [mailto:████@klc-ltd.com]
**Sent:** Thursday, March 22, 2007 12:16 PM
**To:** Pilot, Cao
**Cc:** Janet ████
**Subject:** Irene Schweizer- A96 504 593/ Adela Golub- A96 504 594

Dear Sir or Madam

I am the legal assistant for Cheryl Lenz-Calvo, the attorney of record. Attached are forms G-28.

Ms. Schweizer and her daughter, Adela Golub, were present for their adjustment of status interview on November 30, 2005 with Officer Klinger. An RFE was issued for Irene Schweizer on December 5, 2005 and responded to February 13, 2006. An inquiry was filed on December 5, 2006. To date, we have not received a decision on Ms. Schweizer's case or Adela Golub's case.

Please review your files and provide us with an updated status of these I-485 applications. If possible please send the approval notices to our office.

**EXHIBIT**

**B-2**

5/14/2007

Name: Irene Schweizer, IR-1 beneficiary
Alien #: A96 504 593
DOB: 9/16/1964
Address:
6423 N. Richmond St, Apt. 2N
Chicago, IL 60645

Name: Adela Golub
Alien #: A96 504 594
DOB: 9/23/1990
Address:
6423 N. Richmond St, Apt. 2N
Chicago, Il 60645


Thank you.


<<Schweizer, Irene G-28.pdf>> <<Schweizer-Adela Golub (daughter)- G-28.pdf>>
Alisa ▉▉▉
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, Il 60604


Telephone: 312-341-9730▉▉▉▉
Fax:  312-341-0399
e-mail:  ▉▉▉@kklc-ltd.com


www.klc-ltd.com


5/14/2007

## Alisa ████

| | |
|---|---|
| **From:** | Alisa ████ |
| **Sent:** | Thursday, August 23, 2007 3:32 PM |
| **To:** | '████@dhs.gov' |
| **Subject:** | Irene Schweizer, A96 504 593 & Adela Golub- A96 504 594 |

Dear Sir or Madam-

I am the legal assistant for Cheryl Lenz-Calvo, the attorney of record. Attached are forms G-28.

Per your request, we have waited 90 days before sending additional correspondence.

Ms. Schweizer and her daughter, Adela Golub, were present for their adjustment of status interview on November 30, 2005 with Officer Klinger. An RFE was issued for Irene Schweizer on December 5, 2005 and responded to February 13, 2006. An inquiry was filed on December 5, 2006. To date, we have not received a decision on Ms. Schweizer's case or Adela Golub's case.

Please review your files and provide us with an updated status of these I-485 applications. If possible please send the approval notices to our office.

Name: Irene Schweizer, IR-1 beneficiary
Alien #: A96 504 593
DOB: 9/16/1964
Address:
6423 N. Richmond St, Apt. 2N
Chicago, IL 60645

Name: Adela Golub
Alien #: A96 504 594
DOB: 9/23/1990
Address:
6423 N. Richmond St, Apt. 2N
Chicago, Il 60645

-----Original Message-----
**From:** CAO PILOT [mailto:████@dhs.gov]
**Sent:** Monday, May 14, 2007 8:12 AM
**To:** Alisa ████
**Subject:** Irene Schweizer, A96 504 593 & Adela Golub- A96 504 594

Dear Ms. ████:

Thank you for your email to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your clients' cases are under further review. All evidence submitted by them in support of the applications and/or petitions for the immigration benefit being sought are being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of ████

8/23/2007

**EXHIBIT**

**B-3**

**Alisa** ▆▆▆

| | |
|---|---|
| **From:** | Alisa ▆▆▆ |
| **Sent:** | Friday, January 11, 2008 12:47 PM |
| **To:** | '▆▆▆@dhs.gov' |
| **Subject:** | SCHWEIZER, Irene (A96 504 593), GOLUB, Adela (A96 504 594) |

Dear Sir or Madam

I am the legal assistant for Cheryl Lenz-Calvo, the attorney of record. Attached are forms G-28.

Ms. Schweizer and her daughter, Adela Golub, were present for their adjustment of status interview on November 30, 2005 with Officer Klinger. An RFE was issued for Irene Schweizer on December 5, 2005 and responded to February 13, 2006. An inquiry was filed on December 5, 2006, March 22, 2007, and August 23, 2007. On October 31, 2007 our office submitted additional bona fides. To date, we have not received a decision on Ms. Schweizer's case or Adela Golub's case.

Please review your files and provide us with an updated status of these I-485 applications. If possible please send the approval notices to our office.

Name: Irene Schweizer, IR-1 beneficiary
Alien #: A96 504 593
DOB: 9/16/1964
Address:
6423 N. Richmond St, Apt. 2N
Chicago, IL 60645

Name: Adela Golub
Alien #: A96 504 594
DOB: 9/23/1990
Address:
6423 N. Richmond St, Apt. 2N
Chicago, Il 60645

Thank you.



Schweizer, Irene    Schweizer-Adela
G-28.pdf              Golub (daughte...

Alisa ▆▆▆
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, Il 60604

Telephone: 312-341-9730 ▆▆▆
Fax: 312-341-0399
e-mail: ▆▆▆@kklc-ltd.com

1



EXHIBIT

B-4

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Domestic Operations Directorate
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Dear Ms. :

Thank you for your correspondence dated January 11, 2008, to the U.S. Citizenship and
Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your client's, Irene Schweizer and Adela Golub's case are under further
review. All evidence submitted by them in support of their application and/or petition for the
immigration benefit being sought is being examined

Cases may require additional review for a variety of reasons. When it is in the interest of
upholding the United States immigration laws both in terms of enforcement and rights to privacy
that information may not be disclosed. It is difficult to predict when this review will be
completed. Every effort is being made to render an accurate and final decision in a timely
manner.

If you require additional assistance or filing instructions we invite you to contact the USCIS
National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust this information is helpful.

Sincerely,


Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

**CHI 2140 SB**

08CV1784
AAE
JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

# KEMPSTER, KELLER AND LENZ-CALVO, LTD.

### ATTORNEYS AT LAW

SUITE 1428
332 SOUTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60604
(312) 341-9730
FAX (312) 341-0399
www.klc-ltd.com

\*DONALD B. KEMPSTER
CHERYL LENZ-CALVO
MARTINA M. KELLER
WILLIAM A. QUICENO
THERESA A. CORCORAN

ROBERT C. MILLA
NELL W. BARKER

\*ALSO ADMITTED IN INDIANA

October 31, 2007

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
101 W. Congress Parkway
Chicago, IL 60605

(Previously assigned to: Officer Klinger)

**Re:   Irene SCHWEIZER**
**A 96 504 593**

Dear Officer:

Please be advised that we represent Ms. Irene Schweizer for her I-485 Application for Adjustment of Status.  Mrs. Schweizer's application was filed on April 20, 2005, and it is based on her marriage to her U.S. citizen.  On November 30, 2005, Mrs. Schweizer attended her interview with you, along with her husband Mikhail Shalman and her daughter, Adela, who helped translate.

On December 5, 2005, you issued a Request for Evidence, requesting copies of phone records for 720 N. Throop in Chicago, Illinois and a copy of a lease for 2555 W. Fitch in Chicago, Illinois. We responded on February 13, 2006 with the requested documents and additional bona fides of Mrs. Schweizer's marriage to Mr. Shalman.  *See* **Exhibit 1**.  We now submit the following in support of Mrs. Schweizer's Application:

Although it has been two years since the interview and nearly two years since we responded to the RFE, we have yet to receive a decision on Mrs. Schweizer's Application.  To assist in your decision, attached herein please find the following evidence of Mrs. Schweizer's bona fide marriage to Mr. Shalman.

**Exhibit 1:**     Copy of Mrs. Schweizer's Response, filed on February 13, 2006, answering the Service's RFE issued on December 5, 2005

**EXHIBIT**

**C-1**

- **Exhibit A:**   Joint Statement from Mrs. Schweizer and Mr. Shalman
- **Exhibit B:**   Affidavit from Mrs. Schweizer's daughter, Adela
- **Exhibit C:**   Letter from Adela's counselor
- **Exhibit D:**   Letter from Adela's counselor
- **Exhibit E:**   Contact information for a third counselor who is willing to discuss Adela's situation
- **Exhibit F:**   Phone records for Mrs. Schweizer at 720 N. Throop
- **Exhibit G:**   Phone records and account information for Mr. Shalman
- **Exhibit H:**   Lease for 2555 W. Fitch, Apt. 409 in Chicago, Illinois

**Exhibit 2:**   Affidavit from Mr. Shalman verifying that his marriage to Mrs. Schweizer is bona fide, viable, and was entered in good faith.

**Exhibit 3:**   Various pictures of Mrs. Schweizer and Mr. Shalman together with friends and family during the past few years.

If we do not receive a decision on Mrs. Schweizer's Application within ninety (90) days of the date of this filing, we will have no choice but to file a Complaint for Writ of Mandamus in U.S. District Court for the Northern District of Illinois based on the Service's failure to adjudicate Mrs. Schweizer's Application within a reasonable time.

Please do not hesitate to contact us should you have any questions.

Sincerely,

Cheryl Lenz-Calvo
Attorney at Law

KEMPSTER, KELLER AND LENZ-CALVO, LTD.
ATTORNEYS AT LAW
SUITE 1428
332 SOUTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60604
(312) 341-9730
FAX (312) 341-0399
www.klc-ltd.com

*DONALD B. KEMPSTER
CHERYL LENZ-CALVO
MARTINA M. KELLER
WILLIAM A. QUICENO
THERESA A. CORCORAN

*ALSO ADMITTED IN INDIANA

ROBERT C. MILLA
NELL W. BARKER

February 5, 2008

ATTN: Officer Klinger or Current Adjudicating Officer
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Chicago District Office
101 W. Congress Parkway
Chicago, IL 60605

     **\*VIA HAND DELIVERY**

  **Re:**   **I-130 and I-485 Pending Since April 20, 2005**

     **Beneficiary – SCHWEIZER, Irene**   A 96 504 593
     **Beneficiary – GOLUB, Adela**     A 96 504 594

     **Petitioner –**   **SHALMAN, Mikhail**

Dear Officer Klinger (or Current Adjudicating Officer):

Please note that we have represented the above individuals since April 2005 for their I-130 Petitions and I-485 Applications to Adjust Status. Ms. Schweizer and Ms. Golub's Petitions and Applications were filed concurrently on April 20, 2005, but to date no decision has been issued. We have filed regular inquiries on behalf of our clients and they have also requested the help of the Office of Congresswoman Jan Shakowsky. In addition, our office has twice filed correspondence containing additional documentation in support of the Applications and Petitions, to assist in the Service's decision. However, despite those efforts, no decision has been rendered. In response to the inquiries, we have received conflicting indications that the Petitions and Applications have been "under further review" by the adjudicating officer and/or pending background checks.

EXHIBIT
C-2

Our clients are not the cause for the delay in the adjudication of their Petitions and Applications. The Service has a duty to adjudicate the Petitions and Applications within a reasonable amount of time under the Administrative Procedure Act. *See* 5 U.S.C. § 701 *et seq*. In this case, with the Petitions and Applications now pending for thirty-four months, the Service has failed in its duty, and with this letter, our clients have exhausted all administrative remedies to gain a decision within a reasonable amount of time. Please be advised that our clients will have no choice but to file a Complaint for Writ of Mandamus in U.S. District Court if the Service fails to issue a decision within thirty (30) days of receiving this letter. Find attached a copy of the Complaint we are prepared to file.

We trust that over the past three years, we have provided sufficient evidence to warrant favorable decisions in these cases. Should you have any questions or concerns, please do not hesitate to contact us. We certainly appreciate your prompt attention in these matters and look forward to receiving favorable responses.

Sincerely,

Cheryl Lenz-Calvo
Attorney at Law

2

08CV1784          AAE
JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

----- Original Message -----
**From:** ▓▓▓▓▓▓
**To:** ▓▓▓▓▓▓@comcast.net
**Sent:** Tuesday, January 08, 2008 3:55 PM
**Subject:** RE: your immigration case

Dear Ms. Schweizer,

Again, we have received the following response from the USCIS informing our office that your cases are still pending background checks.  As this is the same response we've received since June 2007, I am uncertain as to what other measures we can take other than to wait a few more months before inquiring again.  Perhaps your attorney has some thoughts on this matter?  If so, please let me know what your attorney says.

Otherwise, please give me a call if you have any questions or comments.

Yours truly,

1/11/2008



**EXHIBIT**

D

██████

Constituent Advocate
Office of Congresswoman Jan Schakowsky
U.S. Representative (D 09 - IL)
5533 N. Broadway
Chicago, IL 60640
Office:  (773) 506 - 7100
Fax:     (773) 506 - 9202
Email:  ████████@mail.house.gov

Note: This e-mail may contain confidential information, which is intended only for the use of person(s) named above. If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is prohibited. If you have received this transmission in error, please notify the sender and delete this e-mail from your computer. Thank you.

-----Original Message-----
**From:** CHI-Congressional4
**Sent:** Monday, December 31, 2007 10:37 AM
**To:** ████████
**Subject:** RE: Schakowsky (D09-IL) RE: I-485 applications for Ms. Irene Schweizer-A96 504 593 and her daughter, Adela Golub-A96 504 594

The Honorable Jan Schakowsky
United States Congress
Attn: ████████

United States Citizenship and Immigration Services (USCIS) is committed to adjudicating immigration benefits in a timely manner while also ensuring public safety and national security. Though background checks for most applications or petitions are completed very quickly, a small percentage of cases have unresolved background check issues that temporarily delay adjudication of the application or petition. Although USCIS makes every effort to resolve such cases promptly, the agency cannot move forward until all outstanding issues have been resolved to our satisfaction. Unfortunately, this process can sometimes take years.

The background checks involve more than just the initial submission of biographical information or fingerprints and the initial response. If these checks and/or a review of the administrative record reveal an issue potentially impacting an applicant's eligibility for the requested immigration benefit, further inquiry is needed. The inquiry may include an additional interview and/or the need to contact another agency for updates or more comprehensive information. If it is determined that an outside agency possesses information relevant to the applicant's background, USCIS asks that agency to share any relevant information for consideration by USCIS in the adjudication. Upon gathering and assessing all available information, USCIS will adjudicate the application as expeditiously as possible.

We have checked into your constituent's case and have been assured that the agency is aware of your inquiry and is monitoring progress of the case.

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director

1/11/2008

U.S Citizenship and Immigration Services - Case Status Service Online                Page 1 of 2



Search                

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page      Back

## U.S. Citizenship and Immigration Services
## Chicago IL Processing Dates
## Posted February 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 14-16 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Chicago IL** Posted February 15, 2008

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | November 17, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | August 19, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 26, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | August 26, 2007 |
| I-765 | Application for Employment Authorization | November 30, 2007 |
| N-400 | Application for Naturalization | July 20, 2007 |
| N-600 | Application for Certification of Citizenship | September 28, 2007 |

EXHIBIT
E

https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=16

08CV1784          AAE
JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

Case 1:08-cv-01784    Document 1-6    Filed 03/27/2008    Page 2 of 2

Print This Page     Back

**03-26-2008 03:58 PM EDT**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security