# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IRENE SCHWEIZER and ADELA GOLUB<br>v.<br>RUTH A. DOROCHOFF, Chicago District Director of USCIS;<br>MICHAEL CHERTOFF, Secretary of the U.S. DHS; and<br>ROBERT S. MUELLER, III, Director of FBI | FILED: MARCH 27, 2008<br>08CV1784         AEE<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IRENE SCHWEIZER and ADELA GOLUB

| | |
|---|---|
| NAME (Type or print)<br>Robert C. Milla | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert C. Milla | |
| FIRM<br>Kempster, Keller & Lenz-Calvo, Ltd. | |
| STREET ADDRESS<br>332 S. Michigan Avenue, Suite 1428 | |
| CITY/STATE/ZIP<br>Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>44266 | TELEPHONE NUMBER<br>(312) 341-9730 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |