## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1784

Assigned/Issued By: j. n.

Judge Name: Castillo

Designated Magistrate Judge: Ashman

---

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2647744

Date Payment Rec'd: 3/27/08   Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
☐ Writ _____   ☐ Other _____
   *(Type of Writ)*   *(Type of issuance)*

5 Original and 0 copies on 3//27/08 as to ATTNY GENERAL;
   *(Date)*
U.S ATTNY; RUTH A. DOROCHOFF; MICHAEL CHERTOFF; ROBERT S. MUELLER, III